AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
November 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: FM
DEPUTY

United States of America
v.
Joan Alejandro HERNANDEZ

*Defendant(s)*

Case No. **EP:26-M-05777-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 13, 2026 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 U.S.C. § 952 | Knowingly and intentionally, import into the United States, from the Republic of Mexico, approximately 19.76 kilograms (gross weight) of Cocaine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complaint sworn to telephonically on November 16, 2026 at 02:00 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Joseph Hinds, HSI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/16/2026

*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge

*Printed name and title*

# **Affidavit**

On November 13, 2026, at approximately 0430 hours, Joan Alejandro HERNANDEZ applied for entry into the United States from Juarez, Chihuahua, Mexico through the vehicle crossing lanes of the Bridge of the Americas (BOTA) Port of Entry (POE), El Paso, Texas which is in the Western District of Texas. HERNANDEZ was the driver and sole occupant of a blue 2018 Kia Forte.

A Customs and Border Protection Officer (CBPO) conducting primary inspections asked HERNANDEZ if the vehicle belonged to him and he said that it did and that he had no drugs in the car. The CBPO referred HERNANDEZ to secondary inspection. A second CBPO then asked HERNANDEZ if the vehicle belonged to HERNANDEZ to which he said yes and if he was bringing in any drugs or contraband, to which HERNANDEZ said no.

A CBPO canine enforcement officer inspected the vehicle with their Concealed Human/Narcotic Detector Dog and the dog alerted to a trained odor from the vehicle. A CBPO then inspected the vehicle with a Z-Portal (a type of X-ray scanning device) and the CBPO observed anomalies in the sides of the vehicle. A further inspection by CBPOs discovered 18 wrapped bundles containing a powdery substance hidden within the rocker panels of the vehicle. The combined weight of the 18 bundles was 19.76 kilograms. A CBPO used a Gemini drug testing device to test one of the bundles at random and the substance tested positive for the properties of cocaine.

HSI special agents then responded to the BOTA POE to investigate further. After being advised of his Miranda rights which he waived in writing, HERNANDEZ was interviewed. HERNANDEZ stated he had knowingly smuggled drugs that had been loaded in the vehicle in Juarez, and that he expected to be paid $3000 for the trip. HERNANDEZ claimed to have made similar drug smuggling trips on five prior occasions.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers. Because this affidavit is being submitted for limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.